```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| LOU CIRINO, : | |
| : | CIVIL ACTION |
|     Plaintiff, : | |
| : | |
|   vs. : | |
| : | NO. 13-CV-4800 |
| L. GORDON HOLDINGS, INC., : | |
| d/b/a HOODZ OF NORTHWEST : | |
| PHILADELPHIA AND SOUTHEASTERN : | |
| MONTGOMERY COUNTY and : | |
| LARRY GORDON : | |
| : | |
|     Defendants. : | |

### ORDER

AND NOW, this 24th day of June, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 13) and Plaintiff's Response in opposition thereto (Doc. No. 14), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED and the parties are DIRECTED to immediately submit this matter to arbitration in accordance with the terms of the Defendants' arbitration policy, except for the provisions severed by this Court.

IT IS FURTHER ORDERED that all judicial proceedings in this matter are STAYED pending arbitration and the Clerk of Court is directed to place this matter into Civil Suspense until such time as the arbitration shall be completed.

```
                              BY THE COURT:



                              s/J. Curtis Joyner
                               J. Curtis Joyner, J.
```